IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

BINGAMAN ,

    Plaintiff

v                                         Civil: C-1-01-707

P & G,

    Defendant

## ORDER

Parties are advised that Trial in the above styled case is RESCHEDULED to the March 2004 trial term. Counsel shall file their Joint Final Pretrial Order on or before February 5, 2004.

**IT IS SO ORDERED.**

                                      **s/Herman J. Weber**
                                  **Herman J. Weber, Senior Judge**
                                  **United States District Court**