UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

GERRY BINGAMAN, *et al.*,

   Plaintiffs,        Case No. 1:01-cv-707

vs.

THE PROCTER & GAMBLE
COMPANY           Weber, J.; Novotny, M.J.

   Defendant.

## ORDER

  This matter is before the Court on plaintiff's unopposed motion to extend the time for filing Plaintiffs' Proposed Findings of Fact, Proposed Conclusions of Law, and Highlighted Response to Defendant's Proposed Findings of Fact and Proposed Conclusions of Law. (*See* doc. 25). Plaintiffs requested an extension of one day, that is, from August 5, 2003 until August 6, 2003. On August 6, 2003, plaintiffs submitted their Proposed Findings of Fact, their Proposed Conclusions of Law, and the highlighted response. (*See* docs. 26-29).

  Accordingly, and for good cause shown, **IT IS HEREIN ORDERED THAT** plaintiff's unopposed motion for an extension of time (doc. 25) is **GRANTED**, and the Proposed Findings of Fact, Proposed Conclusions of Law, and Highlighted Response to Defendant's Proposed Findings of Fact and Proposed Conclusions of Law are **ACCEPTED** as **FILED**.

  **SO ORDERED.**

                s/Susan M. Novotny
                Susan M. Novotny
                United States Magistrate Judge