IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

BINGAMAN,
        Plaintiff

v                                        Civil C-1-01-707

P&G,

        Defendant.

### ORDER

Parties are advised that Trial in the above styled case is RESCHEDULED to the July 2004 trial term. Counsel shall file their Joint Pretrial Order on or before June 5, 2004.

**IT IS SO ORDERED.**

                                              _____s/Herman J. Weber_____
                                              Herman J. Weber, Senior Judge
                                              United States District Court

*Rev.5/01*