IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

BINGAMAN,
        Plaintiff

v                                        Civil C-1-01-707

P&G,

        Defendant.

## ORDER

Pursuant to the request by Counsel for Plaintiff, trial in the above styled case is RESCHEDULED to the October 2004 trial term. Counsel shall file their Joint Pretrial Order on or before September 5, 2004.

**IT IS SO ORDERED.**

                                              **_____s/Herman J. Weber_____**
                                              Herman J. Weber, Senior Judge
                                              United States District Court

*Rev.5/01*

Case 1:01-cv-00707-HJW-JS   Document 35   Filed 02/03/2004   Page 2 of 2