**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT CINCINNATI**

**GERRY E. BINGAMAN, et al**

    **Plaintiff,**

-vs-                                                                                                  Case No.  C-1-01-707

**THE PROCTER & GAMBLE CO.,**

    **Defendants.**

## JUDGMENT IN A CIVIL CASE

| | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
|---|---|---|
| X | **Decision by Court.** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

**IT IS ORDERED AND ADJUDGED**

The Report and Recommendation is Adopted.  Defendant's Motions for Summary Judgment are Granted.  This case is Dismissed and Terminated on the docket of this Court at plaintiffs' cost..

Date:   March 30, 2004                                                        JAMES BONINI.,  CLERK

                                                                                            By:s/   Darlene Maury
                                                                                            Darlene Maury, Deputy Clerk