UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| GERRY E. BINGAMAN, et al. | Case No. C-1-01-707 |
| | J. Weber |
| Plaintiffs, | |
| vs. | **PLAINTIFFS' NOTICE OF APPEAL** |
| THE PROCTER & GAMBLE COMPANY | |
| Defendant. | |

Notice is hereby given that Plaintiffs Gerry Bingaman and Annie Brantley appeal to the United States Court of Appeals for the Sixth Circuit from the Judgment entered on March 30, 2004.

Respectfully submitted,

_____
George M. Reul, Jr. (0069992)
Randolph H. Freking (0009158)
Trial Attorneys for Plaintiff
FREKING & BETZ
215 East Ninth Street, Fifth Floor
Cincinnati, OH 45202
513-721-1975

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon Michael S. Glassman and Trina Walton, Attorneys for Defendant P&G, DINSMORE & SHOHL, 1900 Chemed Center, 255 East Fifth Street, Cincinnati, OH 45202 by regular U.S. Mail this 28 day of April, 2004.

_____