```
Wed Apr 28 15:40:32 2004

UNITED STATES DISTRICT COURT
CINCINNATI, OH

Receipt No.   100 422687
Cashier          kjl

Tender Type  CHECK

Check Number: 12768

Transaction Type  N

DO Code    Div No      Acct
4661         1         086900

Amount              $    105.00

FREKING & BETZ

PARTIAL APPEAL FEE C-1-01-707



Wed Apr 28 15:40:32 2004

Check No. 12768
Amount $   105.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661
```

```
Wed Apr 28 16:18:26 2004

       UNITED STATES DISTRICT COURT
              CINCINNATI, OH

Receipt No.    100 422692
Cashier        kjl

Tender Type: CHECK

Check Number: 12769

Transaction Type   N

DO Code    Div No       Acct
 4661         1        510000

Amount              $    150.00

FREKING & BETZ

REMAINDER OF APPEAL FEE



Wed Apr 28 16:18:26 2004

Check No. 12769
Amount $    150.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661
```