# TRANSMISSION FORM

FILED
JAMES BONINI
CLERK
04 MAY 13 AM 11: 21

| | |
|---|---|
| **District Court:** SD of Ohio (Western Division) | **APPEAL INFORMATION to be completed by the Sixth Circuit** |
| **District Court Case No:** 1:01cv0707 | **Court of Appeals Case No:** 04-3584 |
| **SHORT CAPTION**<br><br>**GERRY E. BINGAMAN, et al.,**<br><br>Plaintiff/Petitioner<br><br>vs.<br><br>**THE PROCTER & GAMBLE COMPANY**<br><br>Defendant/Respondent<br><br>*provide pro se address IF NOT on the docket sheet | **Case Manager:** Robin Duncan<br><br>**Date Filed:**<br><br>**FILED**<br>**MAY - 7 2004**<br>**LEONARD GREEN, Clerk** |
| **District Court Judge:** HERMAN J. WEBER<br><br>**Court Reporter(s):**<br><br>**From Deputy Clerk:** ARTHUR HILL<br><br>**Date:** 4/29/2004 | **Anything That Needs Special Attention**<br><br>NOTICE OF APPEAL(doc.41) appealing ORDER(doc.39) and JUDGMENT(doc.40) entered on 3/30/2004. |
| $255.00 Appeal Filing Fee Paid? **YES** | |

## RECORD TRANSMISSION

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of:

Pleading(s) **(including the pre-sentence report psi)**   Volume(s)

Deposition(s)   Volume(s)          Exhibit(s)   Volume(s)

Transcript(s)   Volume(s)          **Sealed**   Volume(s)

**\*\*Please indicate if this is a supplemental record:**

which constitutes the CERTIFIED RECORD ON APPEAL, this

Clerk: **JAMES BONINI**
_____
United States District Court