AO 133 (Rev . 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF OHIO

GERRY E. BINGAMAN, et al.,

    Plaintiffs,

v.

PROCTER & GAMBLE COMPANY,

    Defendant.

**BILL OF COSTS**

Case Number: 1:01CV707

Judgment having been entered in the above-entitled action on July 6, 2005 against Plaintiffs, the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk | $ |
| Fees for service of summons and subpoena | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 5,469.58 |
| Fees and disbursements for printing | |
| Fees for witnesses (itemize on reverse side) | |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | 1,256.81 |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | 106.50 |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs (please itemize) | |
| **TOTAL** $ | **6,832.89** |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was served via the court's electronic filing system to: Randolph Freking and George Reul, attorneys for Plaintiffs.

Signature of Attorney: *Michael S. Glassman*

    Name of Attorney: Michael S. Glassman, Esq.

For: Defendant Procter & Gamble Company     Date: July 20, 2005
      Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

_____ By: _____ _____
    *Clerk of Court*                     *Deputy Clerk*                *Date*

#1167421.01