UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| GERRY E. BINGAMAN, et al., | : | Case No. 1:01CV707 |
| | : | |
| Plaintiffs, | : | Judge Herman J. Weber |
| | : | |
| v. | : | |
| | : | **MEMORANDUM IN SUPPORT OF** |
| THE PROCTER & GAMBLE COMPANY, | : | **DEFENDANT THE PROCTER &** |
| | : | **GAMBLE COMPANY'S BILL OF** |
| Defendant. | : | **COSTS** |
| | : | |

The following is an itemization of costs listed on Defendant The Procter & Gamble Company's Bill of Costs. Supporting Documentation is attached hereto as Exhibit A.

A. **Court Reporter Fees For Deposition Transcripts Necessarily Obtained For Defendant's Motion For Summary Judgment**

| | | | |
|---|---|---|---|
| | 1. | Deposition of Plaintiff Gerry Bingaman: | $1,705.05 |
| | 2. | Deposition of Plaintiff Annie Brantley | $1,284.45 |
| | 3. | Deposition of Barbara Lancor | $336.00 |
| | 4. | Deposition of Debora Whittenbarger | $381.00 |
| | 5. | Deposition of Barry Lane Baker | $112.00 |
| | 6. | Deposition of James Boniface Rapp | $95.00 |
| | 7. | Deposition of Michael Lindsey | $405.00 |
| | 8. | Deposition of Scott Davis | $373.23 |
| | 9. | Deposition of Graham J. Carter | $286.75 |
| | 10. | Deposition of Trian J. Biegger | $491.10 |
| | | SUBTOTAL | $5,469.58 |

B. **Duplication Costs (Fees For Printing)**

    1. Answer for First Amended Complaint:

        8 pages X $0.10/page X 4 copies[1]         $3.20

    2. Discovery Produced To Plaintiff:

        2,291 pages X $0.10/page X 1 copy         $229.10

    3. Discovery Produced By Plaintiff:

        2,883 pages X $0.18/page X 1 copy + $31.14 sales tax         $550.08

        3,112 pages X .13/page X 1 copy + $24.27 sales tax         $428.83

    3. Motion For Summary Judgment and Memorandum In Support

        50 pages X $0.10/page X 4 copies         $20.00

    4. Proposed Findings of Fact and Conclusions of Law

        30 pages X $0.10/page X 4 copies         $12.00

    5. Reply Memorandum In Support Of Motion For Summary Judgment

        34 pages X $0.10/page X 4 pages         $13.60

        SUBTOTAL         $1,256.81

---

[1] Includes one Court copy, one opposing counsel copy, one client copy, and one attorney work copy.

Respectfully submitted,


/s/ Michael S. Glassman
Michael S. Glassman (0012713)
DINSMORE & SHOHL LLP
1900 Chemed Center
255 East Fifth Street
Cincinnati, Ohio 45202
(513) 977-8200

Attorney for Defendant
The Procter & Gamble Company


**CERTIFICATE OF SERVICE**

I hereby certify that on July 20, 2005 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to George M. Reul, Esq., and Randolph H. Feking, Esq., Freking & Betz, 215 East Ninth Street, Fifth Floor, Cincinnati, Ohio 45202, attorneys for Plaintiffs Gerry E. Bingaman & Annie Brantley.

/s/ Michael S. Glassman
Michael S. Glassman (0012713)

#1169323.01