

**Merit**
LITIGATION SUPPORT SERVICES.
602 Main Street, Suite 703
Cincinnati, Ohio 45202
(513) 381-8228 • FAX (513) 381-8254
(800) 578-1542

Job #: 021112WDW
Job Date: 11/12/2002
Order Date: 11/12/2002
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

Invoice #: 20418
Inv.Date: 12/10/2002
Balance: $990.95

**Bill To:**
Michael S. Glassman, ESQ
Dinsmore & Shohl LLP
1900 Chemed Center
255 East Fifth Street
Cincinnati, OH 45202-3172

Action: Binghaman
vs
P & G, et al.
Action #:
Rep: Wendy D. Welsh
Cert:

| Item | Proceeding/Witness | Description | Disc. Amt | Amount |
|---|---|---|---|---|
| 1 | Gerry E. Bingaman | Attendance of Reporter | $0.00 | $287.50 |
|   | Gerry E. Bingaman | Original Transcript | $0.00 | $693.45 |
|   | Gerry E. Bingaman | Condensed Transcript | $0.00 | $0.00 |
|   | Gerry E. Bingaman | ASCII Diskette - 3.5" | $0.00 | $10.00 |

**Comments:**

Balances over 15 days may be subject to Finance Chg. @ 1.5%

IN ACCOUNTING
DEC 17 2002

| | |
|---|---|
| Sub Total | $990.95 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | $990.95 |
| Payment | $0.00 |
| Balance Due | $990.95 |

Federal Tax I.D.: 31-1469133    Terms: Net 15 Days.

Please KEEP THIS PART for YOUR RECORDS.



DEFENDANT'S EXHIBIT A



**Merit**
LITIGATION SUPPORT SERVICES.
602 Main Street, Suite 703
Cincinnati, Ohio 45202
(513) 381-8228 • FAX (513) 381-8254
(800) 578-1542



Job #: 021113WDW
Job Date: 11/13/2002
Order Date: 11/13/2002
DB Ref.#:
Date of Loss:  /  /
Your File #:
Your Client:

**INVOICE**

Invoice #: 20420
Inv. Date: 12/10/2002
Balance: $714.10

**Bill To:**
Michael S. Glassman, ESQ
Dinsmore & Shohl LLP
1900 Chemed Center
255 East Fifth Street
Cincinnati, OH 45202-3172

Action: **Binghaman**
vs
**P & G, et al.**
Action #:
Rep: **Wendy D. Welsh**
Cert:

| Item | Proceeding/Witness | Description | Disc. Amt. | Amount |
|---|---|---|---|---|
| | Gerry E. Bingaman (vol. II) | Attendance of Reporter | $0.00 | $225.00 |
| | Gerry E. Bingaman (vol. II) | Original Transcript | $0.00 | $489.10 |
| | Gerry E. Bingaman (vol. II) | Condensed Transcript | $0.00 | $0.00 |

**Comments:**

Balances over 15 days may be subject to Finance Chg. @ 1.5%

| | |
|---|---|
| Sub Total | $714.10 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | **$714.10** |
| Payment | $0.00 |
| **Balance Due** | **$714.10** |

Federal Tax I.D.: 31-1469133    Terms: Net 15 Days.

*Please KEEP THIS PART for YOUR RECORDS.*



**Mehr.**
LITIGATION SUPPORT SERVICES.
602 Main Street, Suite 703
Cincinnati, Ohio 45202
(513) 381-8228 • FAX (513) 381-8254
(800) 578-1542

Job #: 030204FL
Job Date: 02/04/2003
Order Date: 02/04/2003
DB Ref.#:
Date of Loss:  /  /
Your File #:
Your Client: Procter & Gamble

Invoice #: 20619
Inv. Date: 02/10/2003
Balance: $1,284.45

**Bill To:**
Michael S. Glassman, ESQ
Dinsmore & Shohl LLP
1900 Chemed Center
255 East Fifth Street
Cincinnati, OH 45202-3172

Action: **Bingaman**
vs
**Proctor & Gamble Company**
Action #: C-1-01-707
Rep: Luke Lavin
Cert: RDR, CRR

| Item | Description | | Disc. Amt. | Amount |
|---|---|---|---|---|
| | Annie L. Brantley | Attendance of Reporter | $0.00 | $300.00 |
| | Annie L. Brantley | Attendance Overtime of Reporter | $0.00 | $90.00 |
| | Annie L. Brantley | Original Transcript | $0.00 | $894.45 |
| | Annie L. Brantley | Condensed Transcript | $0.00 | $0.00 |

Comments:

Balances over 15 days may be subject to Finance Chg. @ 1.5%

| | |
|---|---|
| Sub Total | $1,284.45 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $1,284.45 |
| Payment | $0.00 |
| Balance Due | $1,284.45 |

Federal Tax I.D.: 31-1469133    Terms: Net 15 Days.

Please KEEP THIS PART for YOUR RECORDS.

# *Annette McKeehan Schoch*

Registered Professional Reporter
Registered Merit Reporter

| BILL TO |
|---|
| Trina Walton, Esq.<br>Dinsmore & Shohl, LLP<br>1900 ChemEd Center<br>255 East Fifth Street<br>Cincinnati, OH 45202 |

# Invoice

| DATE | INVOICE # |
|---|---|
| 3/20/'03 | 3102 |

*ok to pay*
*client # 9103-721*

| FILE NUMBER | TERMS | DEPONENT |
|---|---|---|
| P&G/Bingama | Net 30 | 2-5-03 |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Copy of Transcript | 1 | 483.00 | 483.00 |
| Litigation Support Package (Below) | | 0.00 | 0.00 |
| Condensed Text, Word Index, ASCII | | 0.00 | 0.00 |
| Exh. Management/Document Reproduction (one set) | 1 | 2.10 | 2.10 |
| Postage/Courier 3-10-03 | | 6.00 | 6.00 |
| GERRY BINGAMAN, et al. -vs-<br>P&G<br>C-1-01-707<br><br>Depo of: B. BIEGGER<br>Taken: 2-5-03<br>Reporter: AS | | | |

| Federal ID #: 31-1503265 | **Total** | $491.10 |
|---|---|---|

# Annette McKeehan Schoch

*Registered Professional Reporter*
*Registered Merit Reporter*

| BILL TO |
|---|
| Trina Walton, Esq. |
| Dinsmore & Shohl, LLP |
| 1900 ChemEd Center |
| 255 East Fifth Street |
| Cincinnati, OH  45202 |

# Invoice

| DATE | INVOICE # |
|---|---|
| 5/6/'03 | 3131 |

*OK to pay*
*Client # 9603-721*

| FILE NUMBER | TERMS | DEPONENT |
|---|---|---|
| P&G/Bingama | Net 30 | 3-12-03 (A) |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Original Transcript - Baker (original not ordered by opposing counsel) | 1 | 112.00 | 112.00 |
| Litigation Support Package (Below) |  | 0.00 | 0.00 |
| Condensed Text, Word Index, ASCII |  | 0.00 | 0.00 |
| Postage/Courier  4-16-03 |  | 0.00 | 0.00 |

GERRY BINGAMAN -vs- P&G
C-1-01-707

Depo of:  BARRY BAKER
Taken:   3-12-03
Reporter: RS

Federal ID #: 31-1503265

**Total** $112.00

P.O. Box 58641 • Cincinnati, Ohio 45258-8641 • (513) 941-9464
Fax (513) 941-4092 • E-Mail schoch@choice.net

# Annette McKeehan Schoch

*Registered Professional Reporter*
*Registered Merit Reporter*

# Invoice

| BILL TO |
|---|
| Trina Walton, Esq. |
| Dinsmore & Shohl, LLP |
| 1900 ChemEd Center |
| 255 East Fifth Street |
| Cincinnati, OH 45202 |

| DATE | INVOICE # |
|---|---|
| 5/6/'03 | 3132 |

*OK to pay*
*client # 9603-721*

| FILE NUMBER | TERMS | DEPONENT |
|---|---|---|
| P&G/Bingama | Net 30 | multiple |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Copy of Transcript - Lindsey | 1 | 405.00 | 405.00 |
| Copy of Transcript - Whittenbarger | 1 | 381.00 | 381.00 |
| Copy of Transcript - Lancor | 1 | 336.00 | 336.00 |
| Litigation Support Package (Below) | | 0.00 | 0.00 |
| Condensed Text, Word Index, ASCII | | 0.00 | 0.00 |
| Postage/Courier 4-16-03 | | 7.00 | 7.00 |

GERRY BINGAMAN -vs- P&G
C-1-01-707

Depos of:
M. LINDSEY            3-11-03
D. WHITTENBARGER  3-12-03
B. LANCOR             3-18-03

Reporters: AS/RS/AS

| Federal ID #: 31-1503265 | Total | $1,129.00 |
|---|---|---|

P.O. Box 58641 • Cincinnati, Ohio 45258-8641 • (513) 941-9464
Fax (513) 941-4092 • E-Mail schoch@choice.net

# Annette McKeehan Schoch

*Registered Professional Reporter*
*Registered Merit Reporter*

# Invoice

*[handwritten: ok to pay. client # 9103-721 Bingama matter.]*

| BILL TO |
|---|
| Trina Walton, Esq.<br>Dinsmore & Shohl, LLP<br>1900 ChemEd Center<br>255 East Fifth Street<br>Cincinnati, OH 45202 |

| DATE | INVOICE # |
|---|---|
| 7/8/'03 | 3203 |

| FILE NUMBER | TERMS | DEPONENT |
|---|---|---|
| P&G/Bingama | Net 30 | Davis 4-25-03 |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Copy of Transcript | 1 | 363.00 | 363.00 |
| Exh. Management/Document Reproduction (1 set) | 1 | 5.225 | 5.23 |
| Litigation Support Package (Below) | | 0.00 | 0.00 |
| Condensed Text, Word Index, ASCII | | 0.00 | 0.00 |
| Postage/Courier  5-27-03 | | 5.00 | 5.00 |

BINGAMAN -vs- P&G
C-1-01-707
Depo of: SCOTT DAVIS
Taken:   4-25-03
Reporter:  AS

| Federal ID #: 31-1503265 | **Total** | $373.23 |
|---|---|---|

P.O. Box 58641 • Cincinnati, Ohio 45258-8641 • (513) 941-9464
Fax (513) 941-4092 • E-Mail schoch@choice.net

# Annette McKeehan Schoch

*Registered Professional Reporter*
*Registered Merit Reporter*

| BILL TO |
|---|
| Trina Walton, Esq. |
| Dinsmore & Shohl, LLP |
| 1900 ChemEd Center |
| 255 East Fifth Street |
| Cincinnati, OH 45202 |

*[handwritten: ok to pay. client # 9103-721 Bingaman matter]*

# Invoice

| DATE | INVOICE # |
|---|---|
| 7/8/'03 | 3201 |

| FILE NUMBER | TERMS | DEPONENT |
|---|---|---|
| P&G/Bingama | Net 30 | Rapp 4-17-03 |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Copy of Transcript | 1 | 90.00 | 90.00 |
| Litigation Support Package (Below) | | 0.00 | 0.00 |
| Condensed Text, Word Index, ASCII | | 0.00 | 0.00 |
| Postage/Courier  5-14-03 | | 5.00 | 5.00 |
| | | | |
| BINGAMAN -vs- P&G | | | |
| C-1-01-707 | | | |
| Depo of: JAMES RAPP | | | |
| Taken:   4-17-03 | | | |
| Reporter: RS | | | |

| Federal ID #: 31-1503265 | **Total** | $95.00 |
|---|---|---|

P.O. Box 58641 • Cincinnati, Ohio 45258-8641 • (513) 941-9464
Fax (513) 941-4092 • E-Mail schoch@choice.net

**AcuScribe Court Reporters**
750 Norwood Tower
114 West 7th Street
Austin, Texas 78701
(512)499-0277 / (800)497-0277
acuscribe.com

MR. MICHAEL S. GLASSMAN
DINSMORE & SHOHL, L.L.P.
1900 CHEMED CENTER
255 EAST FIFTH STREET
CINCINNATI, OHIO 45202

July 9, 2003

**Invoice#** 03-01138

**Balance:**   $286.75

**Re:** GERRY E. BINGAMAN, ET AL VS. THE PROCTOR & GAMBLE COMPANY
on 03/18/03 by JAMIE SAINT-ORENS, CSR

## *Invoicing Information*

Charge Description
TAKING AND PREPARATION OF THE ORAL DEPOSITION OF
GRAHAM J. CARTER                                            $286.75

WE APPRECIATE YOUR BUSINESS!!!

P l e a s e    R e m i t    - - - >    **Total Due:**    **$286.75**

*FEDERAL ID NO. 74-2717140*
*Due & payable in Austin, Texas, in Travis County.*

# CopyPLEX

# Invoice

Invoice Number:
CP02082833

Invoice Date:
Aug 2, 2002

Page:
1

400 Tri-State Building
432 Walnut Street
Cincinnati, Ohio 45202

(513) 381-COPY(2679)

Sold To:
Dinsmore & Shohl
1900 Chemed Center
255 East Fifth Street
Cincinnati, OH  45202

Ship to:
Trina Walton

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| Dinsmore01 | Brantley V P&G | Net Due; 1.5% per mo > 30 | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| BUR100 | | 8/2/02 | 8/2/02 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 2,883.00 | | Level IV Copies | 0.18 | 518.94 |

*ok to pay*

*9103-721*

Received by: _____

Check No:

Federal Tax ID Number: 31-1422582

Subtotal       518.94
Sales Tax       31.14
Total Invoice Amount   550.08
Payment Received
**TOTAL**        550.08

# CopyPLEX

**Invoice**

Invoice Number:
CP02072832

Invoice Date:
Aug 5, 2002

Page:
1

400 Tri-State Building
432 Walnut Street
Cincinnati, Ohio 45202

(513) 381-COPY(2679)

Sold To:
Dinsmore & Shohl
1900 Chemed Center
255 East Fifth Street
Cincinnati, OH  45202

Ship to:
Trina Walton

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| Dinsmore01 | Bingaman V P & G | Net Due; 1.5% per mo > 30 | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| BUR100 | | 8/5/02 | 8/5/02 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 3,112.00 | | Level II Copies | 0.13 | 404.56 |

*Ok to pay*
*9103-721*

Received by: _____

Check No:

Federal Tax ID Number: 31-1422582

Subtotal         404.56
Sales Tax         24.27
Total Invoice Amount   428.83
Payment Received
**TOTAL**       428.83