UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No: 04-3584

05 JUL 29 PM 12:05

Filed: July 28, 2005

GERRY E. BINGAMAN; ANNIE BRANTLEY

    Plaintiffs - Appellants

v.

THE PROCTER & GAMBLE COMPANY;

    Defendant - Appellee

1:01 cv 707

**MANDATE**

Pursuant to the court's disposition that was filed 7/6/05 the mandate for this case hereby issues today.

COSTS: (Awarded to appellee)

Filing Fee ..........$
Printing ............$106.50

    Total ........$106.50

A True Copy.

Attest:

_____
Deputy Clerk