# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| GERRY E. BINGAMAN, et al., | : | Case No. C-1-01-707 |
| | : | J. Weber |
| Plaintiffs, | : | |
| | : | |
| vs. | : | |
| | : | |
| THE PROCTER & GAMBLE COMPANY, | : | **AFFIDAVIT OF GERRY E. BINGAMAN** |
| | : | |
| Defendant. | : | |

I, Gerry E. Bingaman, hereby swear and affirm that the following is true based on personal knowledge:

1. I have not been employed since my termination from P&G in November, 2000.

2. Currently, I am unable to work due to several health conditions.

3. I have applied for Social Security Disability, but so far, that application has been denied.

4. My only source of income is my retirement savings that are quickly depleting.

5. One of my daughters still lives with me, along with her child. I provide support for her and my grandchild.

6. My only assets are my mobile home and my 1996 automobile.

FURTHER AFFIANT SAYETH NAUGHT.

_____
GERRY E. BINGAMAN

### NOTARY PUBLIC

STATE OF OHIO            )
                         ) ss:
COUNTY OF HAMILTON  )

GEROGE MARVIN REUL, JR.
Attorney at Law
Notary Public, State of Ohio
My Commission Has No Expiration
Section 147.03 R.C.

Sworn to and subscribed before me on this 11th day of August, 2005.

_____
Notary Public

2