FILE COPY

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

**LEONARD GREEN**
**CLERK**

SCOTT J. SWEARINGEN
(513) 564-7047
www.ca6.uscourts.gov

Filed: August 30, 2005

James Bonini
Southern District of Ohio at Cincinnati
100 E. Fifth Street
Suite 103 Potter Stewart U.S. Courthouse
Cincinnati, OH 45202

RE: 04-3584
Bingaman vs. Procter & Gamble
District Court No. 01-00707

Dear Clerk:

Enclosed please find:

The CERTIFIED RECORD RETURNED to lower court at the end of appellate proceedings. [04-3584] . Volumes included: 1 Pl;

.

Please acknowledge receipt of the certified record on the attached copy of this letter and return it to this office.

_____
Name and Title of Authorized Agent for
the District Court or Government Agency

9/6/05
Date

Very truly yours,
Leonard Green, Clerk

Scott J. Swearingen
Records Management Deputy

FILED
JAMES BONINI
CLERK
05 SEP -6 AM 9:36