UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

GERRY E. BINGAMAN, et al

        Plaintiff,

-vs-                                                    1:01-cv-707

PROCTER & GAMBLE CO.,

        Defendants.

## CLERK'S MEMORANDUM ON COSTS

This matter is before the Clerk on the Bill of Costs filed by the Defendants (doc. no. 44), Plaintiff's Objections (#46) and Defendant's Reply (#47).

Pursuant to the *Guidelines for Attorneys on Taxation of Court Costs in the Southern District of Ohio (revised October 20, 2003)* the Defendant's Bill of Costs (doc. no. 44) is **GRANTED in PART** in favor of the Defendants and against the Plaintiff in the amount of **$5,576.08**.

The five day period for filing a Motion to Retax with Court begins upon receipt of this memorandum.

                                                    JAMES BONINI, CLERK

                                                    BY:   s/Darlene Maury
                                                                  Darlene Maury
                                                                  Acting Division Manager