IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

BINGAMAN

V

P&G

CIVIL ACTION: C-1-01-707
JUDGE WEBER

*************************************************************

I hereby acknowledge receipt of Depositions submitted on behalf of my client in the above styled case.

10-12-06
Date

Defendant's Counsel: M. Glassman