06 OCT 12 PM 3: 42

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

BINGAMAN, et al

V

P&G

CIVIL ACTION: C-1-01-707
JUDGE WEBER

*********************************************************

I hereby acknowledge receipt of Depositions submitted on behalf of my client in the above styled case.

10-12-06
Date

Plaintiff's Counsel: G. RUEL